UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

    - v. -                        :        INDICTMENT

TREMAIN ARRNEL TAZEWELL,           :        07 Cr.
  a/k/a "Roc,"
  a/k/a "Slim,"

       Defendant.            :

                                   :
- - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 13 2007

07 CRIM 1035

**COUNT ONE**

    The Grand Jury charges:

    1.   During various times from in or about 2002, up to and including in or about July 2006, in the Southern District of New York and elsewhere, TREMAIN ARRNEL TAZEWELL, a/k/a "Roc," a/k/a "Slim," the defendant, and others known and unknown, unlawfully, intentionally and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

    2.   It was a part and an object of the conspiracy that TREMAIN ARRNEL TAZEWELL, a/k/a "Roc," a/k/a "Slim," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, 1 kilogram and more of mixtures and substances containing a detectable amount of heroin, in violation of Sections 812, 841(a)(1) and 841(b)(1)(A) of Title 21, United States Code.

<u>Overt Acts</u>

3. In furtherance of the conspiracy, and to achieve the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a. On July 17, 2006, TREMAIN ARRNEL TAZEWELL, a/k/a "Roc," a/k/a "Slim," the defendant, instructed another co-conspirator not named as a defendant herein (CC-1) to travel from Baltimore to New York to purchase heroin.

b. On July 17, 2006, TREMAIN ARRNEL TAZEWELL, a/k/a "Roc," a/k/a "Slim," the defendant, placed a phone call to CC-1 in order to provide instructions about how to purchase heroin.

(Title 21, United States Code, Section 846.)

**FORFEITURE ALLEGATION**

4. As a result of committing the controlled substance offense alleged in Count One of this Indictment, TREMAIN ARRNEL TAZEWELL, a/k/a "Roc," a/k/a "Slim," the defendant, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Indictment.

### **Substitute Asset Provision**

5. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant --

    1. cannot be located upon the exercise of due diligence;

    2. has been transferred or sold to, or deposited with, a third person;

    3. has been placed beyond the jurisdiction of the Court;

    4. has been substantially diminished in value; or

    5. has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1), 846 and 853.)

_____
Foreperson

_____
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

TREMAIN ARRNEL TAZEWELL,
a/k/a "Roc,"
a/k/a "Slim,"

Defendant.

**INDICTMENT**

07 Cr.

(21 U.S.C. §§ 841(a)(1), 846 and 853)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____
Foreperson.

11/13/07 case assigned to J. Berman

M J Gonzalez