

**RECEIVED NOV 20 2007** Chambers of RICHARD M. BERMAN U.S.D.J.

**MEMO ENDORSED**

*Application granted on consent.*

SO ORDERED:
Date: 11-21-07
Richard M. Berman, U.S.D.J.

TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042
410-964-0300

NEW JERSEY OFFICE:
79 MAIN STREET
SUITE ONE
HACKENSACK, NJ 07601
201-342-5665

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street, Room 650
New York, New York 10007
BY HAND

Re: *United States v. Tazewell*
07-cr-1035

Dear Judge Berman:

Pursuant to the Court's instructions at defendant's status conference yesterday, November 19, 2007, by this letter, defendant respectfully requests permission to attend church services and visit his baby in the hospital. As the Court is aware, defendant is currently subject to home confinement, except for court and attorney meetings. Defendant requests permission to attend services at First Mount Calvary Baptist Church, 1140 North Fulton Avenue in Baltimore, Maryland, on Sundays from 11:00 a.m. to 2:00 p.m. He also requests permission to visit his baby, who was born a month and a half prematurely on November 9, 2007, at Johns Hopkins Hospital, 600 North Wolfe Street in Baltimore, Maryland, from 5:00 p.m. to 7:00 p.m., for so long as his baby remains hospitalized.

As discussed in court yesterday, the Government, by AUSA David O'Neil, consent to this request, provided that defendant furnishes verification of his whereabouts during the abovementioned times. Officer Todd Stokes of Pretrial Services in Baltimore, Maryland, who are monitoring defendant as a courtesy to the Southern District of New York, has suggested that defendant provide the signatures of his minister and the hospital staff. Defendant is happy to comply.

Thank you for Your Honor's consideration of this request.

Very truly yours,

Sanford Talkin

cc: AUSA David O'Neil

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-21-07