**RECEIVED** NOV 30 2007 **MO ENDORSED** RICHARD M. BERMAN U.S.D.J.

**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005
(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042
410-964-0300

NEW JERSEY OFFICE:
79 MAIN STREET
SUITE ONE
HACKENSACK, NJ 07601
201-342-6655

Application granted on consent.

SO ORDERED:
Date: 12-4-07
Richard M. Berman, U.S.D.J.

November 29, 2007

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street, Room 650
New York, New York 10007
BY HAND

Re: *United States v. Tazewell*
07-cr-1035

Dear Judge Berman:

By this letter, defendant Tremaine Tazewell respectfully requests that the Court add travel time to its November 21, 2007 order granting him permission to attend church services and visit his baby in the hospital. By that order, defendant is permitted to attend services at First Mount Calvary Baptist Church, 1140 North Fulton Avenue in Baltimore, Maryland, on Sundays from 11:00 a.m. to 2:00 p.m., and to visit his baby at Johns Hopkins Hospital, 600 North Wolfe Street in Baltimore, Maryland, from 5:00 p.m. to 7:00 p.m. Officer Todd Stokes of Pretrial Services in Baltimore, Maryland, who monitors defendant, has recommended as per customary practice that travel time be granted in the discretion of Pretrial Services in Baltimore, Maryland.

The Government, by AUSA David O'Neil, consent to this request, provided, as in the Court's previous order, that defendant furnishes verification of his whereabouts during the abovementioned times. Again, defendant is happy to comply.

Thank you for Your Honor's consideration of this request.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/04/07

Very truly yours,

Sanford Talkin

cc:   AUSA David O'Neil