**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL:INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042
410-964-0300

NEW JERSEY OFFICE:
79 MAIN STREET
SUITE ONE
HACKENSACK, NJ 07601
201-342-6665

March 5, 2008

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street, Room 650
New York, New York 10007

VIA FIRST CLASS MAIL

      Re: United States v. Tremaine Tazewell
        07 Cr. 1035 (RMB)

Dear Judge Berman:

  Defendant Tremaine Tazewell is scheduled for a conference before the Court on March 11, 2008, at 11:30 AM. Because of scheduling conflicts, I respectfully request that the conference be moved to 3:30 PM on the same day. The Government, by Assistant United States Attorney David O'Neil, consents to this request.

  Thank you for Your Honor's consideration of this application.

Very truly yours,

Sanford Talkin

cc: AUSA David O'Neil

*[Handwritten endorsement: Application Granted]*

SO ORDERED:
Date: 3/7/08
Richard M. Berman, U.S.D.J.