# TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.
### ATTORNEYS AT LAW
### 40 EXCHANGE PLACE
### 18TH FLOOR
### NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042
410-964-0300

NEW JERSEY OFFICE:
79 MAIN STREET
SUITE ONE
HACKENSACK, NJ 07601
201-342-6665

April 7, 2008

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street, Room 650
New York, New York 10007
BY HAND

**MEMO ENDORSED**

Re:   *United States v. Tazewell*
      07-cr-1035

Dear Judge Berman:

This office represents defendant Tremain Tazewell in the above-captioned matter. By this letter, defendant respectfully requests the Court's permission to work outside his home, where he is currently subject to confinement and electronic monitoring. As the Court is aware, defendant is being supervised by United States Probation Officer Todd Stokes in Maryland. Defendant is mindful that the Court has previously stated in open Court that home detention permits work. However, Mr. Stokes informs us that it is necessary to obtain written permission from the Court to allow work outside the home. For this reason, defendant respectfully requests such permission, subject to the supervision and parameters established by Pretrial Services. The Government, by AUSA David O'Neil, consents to this request.

Thank you for Your Honor's consideration of this request.

Very truly yours,

Sanford Talkin

cc:   AUSA David O'Neil

---

*[Handwritten endorsement:]*
On consent of the parties, Home confinement and electronic monitoring are continued. Defendant, however, is permitted to work outside the home, subject to the supervision of Pretrial Services.

**SO ORDERED:**
Date: 4-8-08.
Richard M. Berman
Richard M. Berman, U.S.D.J.