

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 6, 2008

**BY FACSIMILE**

The Honorable Richard M. Berman
United States District Judge
United States Courthouse
500 Pearl Street, Room 1040
New York, New York 10007

**MEMO ENDORSED**

    Re:    **United States v. Tremain Tazewell**
             **07 Cr. 1035 (RMB)**

Dear Judge Berman:

    Trial in this case is scheduled to begin on September 8, 2008. Pursuant to the Court's May 21, 2008 Order, joint jury charges and motions *in limine* are due August 8, 2008; with responses to motion *in limine* and witness names and locations to be mentioned at trial due August 15, 2008. The parties respectfully request that the deadlines for joint jury charges, motion *in limine*, responses to motions *in limine* and witness names and locations be adjourned by one week, namely to August 15, 2008 and August 22, 2008 respectively. The reason for the requested adjournment is that the parties are currently in active plea negotiations, the results of which will be known by next Monday, our agreed-upon deadline for resolving plea negotiations.

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney
                              Southern District of New York

                        By: _____
                            Antonia M. Apps
                            Assistant United States Attorney
                            212-637-2198

---

Extension(s) granted.

cc: Sanford Talkin, Esq. (counsel for defendant)

SO ORDERED:
Date: 8-7-08    /s/ Richard M. Berman
                        Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/08