```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA           :
                                      PRIOR FELONY
           - v. -                  :  INFORMATION

TREMAIN ARRNEL TAZEWELL,           :  07 Cr. 1035 (RMB)
    a/k/a "Roc,"
    a/k/a "Slim,"                  :

                Defendant.         :
- - - - - - - - - - - - - - - - - -X
```

The United States Attorney charges:

On or about December 31, 1997, in New York Supreme Court, Queens County, TREMAIN ARRNEL TAZEWELL, a/k/a "Roc," a/k/a "Slim," the defendant, was convicted of attempted criminal possession of a controlled substance in the third degree, in violation of New York Penal Law 220.16(1), a Class C Felony, for which he received a sentence of three to six years' imprisonment.

Accordingly, TREMAIN ARRNEL TAZEWELL, a/k/a "Roc," a/k/a "Slim," the defendant, is subject to the enhanced penalties of Title 21, United States Code, Section 841(b)(1)(A).

(Title 21, United States Code, Section 851.)

Dated:   New York, New York
         August 13, 2008

                                    _____
                                    MICHAEL J. GARCIA
                                    United States Attorney

0293