UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v -

TREMAIN ARRNEL TAZEWELL,
    a/k/a "Roc,"
    a/k/a "Slim,"

                      Defendant.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/8/08

ORDER

07 Cr. 1035 (RMB)

       WHEREAS, with the consent of defendant TREMAIN ARRNEL TAZEWELL, a/k/a "Roc," a/k/a "Slim," his guilty plea allocution was taken before a United States Magistrate Judge on September 2, 2008;

       WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

       WHEREAS, upon review of that transcript, ths Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

       IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:    New York, New York
           September 8, 2008

*Richard M. Berman*
RICHARD M. BERMAN
UNITED STATES DISTRICT JUDGE