UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                     **ORDER**

            -against-                             07 **CR.** 1035 (RMB)

TREMAIN TAZEWELL,

                      Defendant.
------------------------------------------------------------X

      For the reasons stated on the record today, the defendant is hereby remanded.

Dated: New York, New York
       September 9, 2008

                                              **RICHARD M. BERMAN, U.S.D.J.**